No. 03–6944.  HANSON-HODGE *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Petitioner is allowed until December 22, 2003, within which to pay the docketing fee

required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.